UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:17-CR-00084 |
| | ) | JUDGE TRAUGER |
| ROBERT PATRICK RILEY | ) | |

## **JUDGMENT AND ORDER**

Having reviewed the parties' Joint Stipulation of Fact, filed contemporaneously with this Order, and the relevant Forensic Psychological Reports from the Bureau of Prisons (D.E. 145, 159), the Court, in accordance with Title 18, United States Code, Section 4242(b)(3), hereby finds the defendant not guilty only by reason of insanity on the sole count of the indictment, charging bank robbery, in violation of Title 18, United States Code, Section 2113(a).

Accordingly, pursuant to Title 18, United States Code, Section 4243(a), it is ORDERED that the defendant be committed to the custody of the Attorney General of the United States, pursuant to the provisions of Title 18, United States Code, Section 4243(e), for placement in a suitable State or Federal facility for necessary care and treatment in accordance with the requirements of this provision until such time as he is determined to be eligible for release.

Furthermore, in accordance with Title 18, United States Code, Section 4243(c), this matter is set for hearing on April 20, 2020, at 9:30 a.m., as previously ordered by the Court (D.E. 165), to determine whether the defendant's release from custody would create a substantial risk of bodily injury to another person or a substantial risk of serious damage to the property of another due to defendant's present mental disease or defect, as required by Title 18, United States Code, Sections 4243(d) and (e).

The Court recognizes that Bureau of Prisons officials at the Federal Medical Center in Springfield, Missouri, previously conducted a risk assessment of the defendant and submitted a report to the Court detailing those findings (D.E. 159). The Court directs said Bureau of Prisons officials to supplement the previous risk assessment, as appropriate, with any updated information concerning the defendant's treatment and suitability for release in advance of the scheduled hearing.

It is SO ORDERED.

Entered this 23rd day of March, 2020.

_____
ALETA A. TRAUGER
UNITED STATES DISTRICT JUDGE

Approved for Entry:

*s/ Philip H. Wehby*
_____
Philip H. Wehby
Assistant United States Attorney

*s/ Joseph P. Montminy*
_____
Joseph P. Montminy
Assistant United States Attorney

*s/ Kathleen G. Morris*
_____
Kathleen G. Morris
Attorney for Defendant